# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA

| | | |
|---|---|---|
| CESSNA FINANCE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:14-CV-01090-JTM-GLR |
| | ) | |
| WINGS AIR, LLC, | ) | |
| JAVIER V. DIAZ, and | ) | |
| AMY S. WALTER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WINGS AIR, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant To Fed. R. Civ. P. 7.1, defendant Wings Air, LLC submits this Corporate Disclosure Statement. Wings Air, LLC is a limited liability company organized under the laws of the state of Florida. Wings Air, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Submitted by:

WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC

    s/Sean M. McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
Nathan R. Elliott, #24657
***Attorneys for Defendants Wings Air, LLC,
Javier V. Diaz, and Amy S. Walter***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to:

Jeffery A. Jordan
Foulston Seifkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*Attorneys for Plaintiff Cessna Finance Corporation*

                                                   s/Sean M. McGivern
                                          Sean M. McGivern, #22932